## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: MAY BETH MOORE | ) | CASE NO. 21-50461-KMS |
| | ) | |
| DEBTOR | ) | Chapter: 11 |
| | ) | |

## FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR DAVID R. LYNCH

COMES NOW David R. Lynch, the Subchapter V Trustee in this case (the "Trustee" or "Mr. Lynch"), and files this his *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for David R. Lynch* (the "Application"), and in support thereof, would show as follows:

1. That David R. Lynch was duly appointed as the Subchapter V Trustee in the above encaptioned cause on the 19th day of April 2021.

2. The substantial services rendered by Mr. Lynch as Subchapter V Trustee and the expenses incurred by the Trustee benefitted the estate. An Affidavit reflecting said legal services rendered and expenses incurred is attached hereto as **Exhibit "A"**. The Affidavit also certifies and represents to the Court the services rendered by the Trustee were reasonable and necessary and that said services have actually been rendered. A detailed itemization of such services and expenses is attached as **Exhibit "B"** and incorporated by reference.

3. The fees and expenses charged and incurred represent reasonable and necessary fees and expenses that were required to be extended by the Trustee in all matters which are anticipated to arise in the functioning of litigation matters, case administration and to protect and preserve the rights of the Debtor and the interests of creditors in furtherance of the Trustee's obligations herein; and they represent normal and customary fees and

1

expenses incurred and charged for Trustees in similar cases. The time, skill and experience utilized by the Trustee justifies the approval of the Application.

4. This is the Trustee's first request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from April 19, 2021, to and including September 02, 2021, and is for the sum of $2,575.00.

WHEREFORE, PREMISES CONSIDERED, the Trustee requests that this Court enter an Order awarding reasonable Trustee's fees for the professional services rendered herein and authorizing and directing the Debtor to pay said Trustee's fees and expenses. The Trustee prays for general relief.

Dated: September 3, 2021

_____
David R. Lynch, Esq., CPA, LL.M.
Subchapter V Trustee
The Lynch Law Firm, PLLC
Post Office Box 12229
Jackson, Mississippi, 39236
Phone: (601) 812-5104
david@thelynchlawfirm.com

**CERTIFICATE OF SERVICE**

I, David R. Lynch, do hereby certify that I have caused to be served this date, via Notice of Electronic Filing, a true and correct copy of the above and foregoing instrument to the following:

Abigail M Marbury, Esq.
Office of the United States Trustee
abigail.m.marbury@usdoj.gov

Craig M. Geno, Esq.
cmgeno@cmgenolaw.com

THIS, the 3rd day of September 2021.

_____
David R. Lynch