UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      MAY BETH MOORE

|  |  |  |
|---|---|---|
|  | ) | CASE NO. 21-50461-KMS |
|  | ) |  |
| DEBTOR | ) | Chapter: 11 |
|  | ) |  |

# EXHIBIT "A"

4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  **MAY BETH MOORE**    )   **CASE NO. 21-50461-KMS**
                )
     **DEBTOR**       )   **Chapter: 11**
                )

## AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, the undersigned authority, in and for the jurisdiction aforesaid, David R. Lynch, the Subchapter V Trustee, who after having been first by me duly sworn, stated on oath that this Affidavit is submitted in support of the First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for David R. Lynch (the "Application"), Subchapter V Trustee, that the statements which are attached to the Application as Exhibit "B" represent a detailed statement of reasonable fees and expenses. Affiant hereby makes application for payment of reasonable Trustee's fees and necessary expenses.

                      David R. Lynch

**STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

PERSONALLY CAME AND APPEARED BEFORE ME, the undersigned authority in and for the jurisdiction aforesaid, the within named, **DAVID R. LYNCH**, who acknowledged to me that such person signed and delivered the above and foregoing instrument of writing on the day and year therein mentioned.

GIVEN UNDER MY HAND AND OFFICIAL SEAL, this the 3rd day of September, 2021.

                  Notary Public

My Commission Expires:
May 5, 2025

5