UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   MAY BETH MOORE

)   CASE NO. 20-50461-KMS
)
DEBTOR   )   Chapter: 11
)

# EXHIBIT "B"



# INVOICE

Invoice # 1241
Date: 09/03/2021
Due On: 10/03/2021

## The Lynch Law Firm, PLLC

Post Office Box 12229
Jackson, MS 39236
United States
Phone: (601) 812-5104
Fax: (601) 207-9017

May Beth Moore

## SubV

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 04/19/2021 | Prepared Notice of Appointment | 0.20 | $250.00 | $50.00 |
| Service | 04/20/2021 | Read and Review Prior Pleadings - Form 101 | 0.20 | $250.00 | $50.00 |
| Service | 04/21/2021 | Read and Review Incoming Pleadings - List of Creditors, Creditor Matrix | 0.40 | $250.00 | $100.00 |
| Service | 04/27/2021 | Read and Review Incoming Pleadings - Notice of Telephonic 341 Meeting of Creditors | 0.10 | $250.00 | $25.00 |
| Service | 04/27/2021 | Correspondence: Exchanged correspondence with Abigail Marbury | 0.20 | $250.00 | $50.00 |
| Service | 04/28/2021 | Read and Review Incoming Pleadings - Notice of Status Conference | 0.10 | $250.00 | $25.00 |
| Service | 04/30/2021 | Read and Review Incoming Pleadings - Motion to Extend Time to File Required Documents, Order Granting Motion to Extend Time, Attended Telephonic IDI Meeting | 1.70 | $250.00 | $425.00 |
| Service | 05/06/2021 | Read and Review Incoming Pleadings - Disclosure of Compensation of Attorney for Debtor, Application to Employ Craig Geno | 0.20 | $250.00 | $50.00 |
| Service | 05/14/2021 | Read and Review Incoming Pleadings - Declaration about Individual Debtor's Schedules, Statement of Financial Affairs | 0.50 | $250.00 | $125.00 |
| Service | 05/18/2021 | Read and Review Incoming Pleadings - Monthly Operating Report, Statement of Current Monthly Income | 0.40 | $250.00 | $100.00 |
| Service | 05/26/2021 | Attended 341 Meeting. Review materials. | 2.00 | $250.00 | $500.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 06/02/2021 | Read and Review Incoming Pleadings - Order Authorizing Debtor to Employ Attorneys | 0.10 | $250.00 | $25.00 |
| Service | 06/10/2021 | Attended Status Hearing. Preparation for same | 1.00 | $250.00 | $250.00 |
| Service | 06/22/2021 | Read and Review Incoming Pleadings- Schedules, Summary of Assets and Liabilities | 0.20 | $250.00 | $50.00 |
| Service | 07/15/2021 | Read and Review Incoming Pleadings - Subchapter V Plan of Reorganization, Monthly Operating Report | 0.90 | $250.00 | $225.00 |
| Service | 07/19/2021 | Read and Review Incoming Pleadings - Monthly Operating Report | 0.30 | $250.00 | $75.00 |
| Service | 08/26/2021 | Read and Review Incoming Pleadings - Objection to Confirmation of Plan | 0.30 | $250.00 | $75.00 |
| Service | 09/02/2021 | Read and Review Incoming Pleadings - Monthly Operating Report, Attended Confirmation Hearing | 1.50 | $250.00 | $375.00 |

Total $2,575.00

## Statement of Account

| Outstanding Balance | New Charges | Amount in Trust | Payments Received | Total Amount Outstanding |
|---|---|---|---|---|
| ( $0.00 | + $2,575.00 ) - ( | $0.00 | + $0.00 ) = | $2,575.00 |

Please make all amounts payable to: The Lynch Law Firm, PLLC

Outstanding balances will be charged 1.0% monthly if not paid within 30 days.